Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−14020−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J. Ebert
   235 Walter Horner Court
   Barnegat, NJ 08005

Social Security No.:
   xxx−xx−3824

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Warren Levy on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on June 16,2020.

TD Bank


Dated: June 17, 2020
JAN: mrg

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher J. Ebert  
    Debtor

Case No. 20-14020-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 17, 2020  
                      Form ID: 226      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.  
db           +Christopher J. Ebert,    235 Walter Horner Court,    Barnegat, NJ 08005-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17     United States Trustee,  
       Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
       Newark, NJ 07102-5235  
518754847        E-mail/Text: bankruptcy@td.com Jun 17 2020 23:06:20      TD Bank,    Attn: Bankruptcy,  
       1701 Rt 70 E,    Cherry Hill, NJ 08034  
                                                                                                                          TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Andrew L. Spivack    on behalf of Creditor    POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF  
          TRUSTEES BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY  
          nj.bkecf@fedphe.com  
          Denise E. Carlon    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National  
          Association dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Robert   Davidow    on behalf of Creditor    POLICE AND FIREMENS RETIREMENT SYSTEM BOARD OF TRUSTEES  
          BY ITS ADMINISTRATIVE AGENT NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Warren D. Levy    on behalf of Debtor Christopher J. Ebert gdeangelo@keaveneylegalgroup.com,  
          jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
                                                                                                                        TOTAL: 6